# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| DANIEL L. WILLIAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 3:19-cv-00003 |
| | ) | REEVES/GUYTON |
| MICHAEL PARISH, STANTON HEIDLE, M. MONKHOUSE, CO CLUTTS and TONY PARKER, | ) | |
| Defendants. | ) | |

## MEMORANDUM & ORDER

This is a pro se prisoner's civil rights action brought under 42 U.S.C. § 1983 by Daniel L. Williams ("Plaintiff"). On January 14, 2019, the Court granted Plaintiff leave to proceed *in forma pauperis* and notified him that the Court would not consider, and would automatically deny, any amendments and/or supplements to the complaint, or any other kind of motion for relief, until *after* the Court has screened the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A) of the Prisoner Litigation Reform Act [Doc. 5].

The Court has not yet had an opportunity to screen the complaint. Nevertheless, Plaintiff since has filed two motions to appoint counsel [Docs. 6, 9] and two notices requesting production of documents [Docs. 7, 8]. In accordance with the Court's prior order, Plaintiff's motions to appoint counsel [Docs. 6, 9] are **DENIED without prejudice** as premature, and the Court will not consider Plaintiff's requests for production of documents [Docs. 7, 8] until after screening has been completed, which will be done as soon as practicable.

Plaintiff again is **NOTIFIED** that the Court **WILL NOT** consider, and will automatically deny, any requests to amend or supplement the complaint, or any other kind of motion for relief, until after the Court has screened the complaint pursuant to the Prisoner Litigation Reform Act.

**SO ORDERED**.

E N T E R :

*/s/ Pamela L. Reeves*
**UNITED STATES DISTRICT JUDGE**